3230.   FREEMAN *v.* HARTE *et al.*

HILL, C. J. No error of law is complained of. The issues involved being questions of fact, and there being some evidence to support the verdict, this court can not interfere.                 *Judgment affirmed.*
                    DECIDED OCTOBER 10, 1911.

Complaint; from city court of Savannah—Judge Davis Freeman. January 27, 1911.

*George W. Owens,* for plaintiff.

*Adams & Adams,* for defendant.